# Exhibit B

EFiled: Oct 27 2022 10:44AM EDT
Transaction ID 68310186
Case No. N22C-09-693 JRJ

10-20-22

EFiled: Sep 30 2022 11:36AM EDT
Transaction ID 68193550
Case No. N22C-09-693 JRJ

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| WILLIAM RAMSEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. N22C-09-693 JRJ |
| v. ) | |
| ) | TRIAL BY JURY DEMANDED |
| THE STANDARD ) | |
| INSURANCE COMPANY ) | |
| ) | |
| Defendant. ) | |

(handwritten notes: (2) writs for Kent / Chks # 41372 25.ºº De. Ins. / # 41373 30.ºº Kent)

### PRAECIPE FOR SUMMONS
(Kent County)

**PLEASE ISSUE WRIT** commanding the Sheriff of Kent County to summon defendant The Standard Insurance Company in accordance with 18 Del.C. §§ 524 and 525 by serving Summons and Complaint upon the Delaware Insurance Commissioner, Delaware Department of Insurance, 841 Silver Lake Boulevard, Dover, DE 19904.

MURPHY & LANDON

*Colleen Redmond*
Prothonotary
BY *[signature]*
FILED:
TIME 12:20 pm
DATE 9/30/22

/s/ Roger D. Landon
ROGER D. LANDON, No. 2460
1011 Centre Road, #210
Wilmington, DE 19805
302-472-8100
Attorney for Plaintiff

00276900.1      00228536

EFiled: Oct 21 2022 09:55AM EDT
Transaction ID 68285930
Case No. N22C-09-693 JRJ

EFiled: Sep 30 2022 11:36AM
Transaction ID 68193550
Case No. N22C-09-693 JRJ

10-13-22

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| WILLIAM RAMSEY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) C.A. No. N22C-09-693 JRJ |
| v. | ) |
| | ) TRIAL BY JURY DEMANDED |
| THE STANDARD | ) |
| INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

FILED
NCC PROTHONOTARY
2022 OCT -3 P 2:39

### PRAECIPE FOR SUMMONS
(Kent County)

**PLEASE ISSUE WRIT** commanding the Sheriff of Kent County to summon defendant The Standard Insurance Company in accordance with 18 **Del.C.** §§ 524 and 525 by serving Summons and Complaint upon the Delaware Insurance Commissioner, Delaware Department of Insurance, 841 Silver Lake Boulevard, Dover, DE 19904.

MURPHY & LANDON

/s/ Roger D. Landon
ROGER D. LANDON, No. 2460
1011 Centre Road, #210
Wilmington, DE 19805
302-472-8100
Attorney for Plaintiff

(2) writs for Kent
Chks# 41327  30.00
Kent
# 41323  25.00
DE Ins.

00276900.1    00228536

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| WILLIAM RAMSEY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) C.A. No. N22C-09-693 JRJ |
| v. | ) |
| | ) TRIAL BY JURY DEMANDED |
| THE STANDARD INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

## SUMMONS

**THE STATE OF DELAWARE:**

**TO THE SHERIFF OF KENT COUNTY,**

**YOU ARE COMMANDED:**

To summon defendant The Standard Insurance Company, by serving **two** (2) copies of the Summons, Complaint and Civil Case Information Statement and Check for $25.00, upon the Insurance commissioner of the State of Delaware in accordance with 18 Del. C. §§ 524(a) and 525(a) at Delaware Department of Insurance, 841 Silver Lake Boulevard, Dover, DE 19904-2246 so that, within 20 days after service hereof, exclusive of the day of service, defendant shall serve upon Roger D. Landon, Esq., attorney, for the above named plaintiff and whose address is Murphy & Landon, 1011 Centre Road, Suite 210, Wilmington, DE 19805, an answer to the complaint.

Dated:                                                                  **Colleen Redmond**
                                                                        Prothonotary

                                                                        _____
                                                                        Per Deputy

*TO THE ABOVE-NAMED DEFENDANT:*

*In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.*

                                                                        **Colleen Redmond**
                                                                        Prothonotary

                                                                        _____
                                                                        Per Deputy




EFiled: Nov 07 2022 09:10AM EST
Transaction ID 68354443
Case No. N22C-09-693 JRJ

Kent County Sheriff's Office
555 Bay Rd
Dover, DE 19901
302-736-2161

STATE of DELAWARE
KENT COUNTY
11/7/2022

# CORRECTED SHERIFF'S RETURN

| | | | |
|---|---|---|---|
| William Ramsey, | Plaintiff, | C.A. No.: | N22C-09-693 JRJ |
| Vs. | | Sheriff No.: | 22003358 |
| The Standard Insurance Company | Defendant | Attorney: Firm: | Roger D. Landon of Murphy & Landon P.A. #210 1011 Centre Road Wilmington, DE 19805 |

To:      Superior Court - NC

Served the within Writ upon:

The Standard Insurance Company c/o Insurance Commissioner Trinadad Navarro

by delivering to and leaving in the hands of The Standard Insurance Company c/o Insurance Commissioner Trinadad Navarro, Insurance Commissioner of the State of Delaware, true copies of the said Writ together with a copy of the plaintiff's

Summons/Complaint

**$25 Check attached for Insurance Commissioner**

as prescribed by Title 18 Delaware Code Section 525 this day, 11/3/2022.

So Answers,

*Brian E. Lewis*

Brian E. Lewis
Sheriff of Kent County

Form: RC-402 Insurance Commissioner
Revised: 12/11/2018




Kent County Sheriff's Office
555 Bay Rd
Dover, DE 19901
302-736-2161

**EFiled: Nov 09 2022 03:24PM EST**
**Transaction ID 68369006**
**Case No. N22C-09-693 JRJ**

STATE of DELAWARE
KENT COUNTY
11/9/2022

# CORRECTED SHERIFF'S RETURN

| | | | |
|---|---|---|---|
| William Ramsey, | Plaintiff, | C.A. No.: | N22C-09-693 JRJ |
| Vs. | | Sheriff No.: | 22003358 |
| The Standard Insurance Company | Defendant | Attorney: Firm: | Roger D. Landon of Murphy & Landon P.A. #210 1011 Centre Road Wilmington, DE 19805 |

To:      Superior Court - NC

Served the within Writ upon:

The Standard Insurance Company c/o Insurance Commissioner Trinadad Navarro

by delivering to and leaving in the hands of The Standard Insurance Company c/o Insurance Commissioner Trinadad Navarro, Insurance Commissioner of the State of Delaware, true copies of the said Writ together with a copy of the plaintiff's

Summons/Complaint

**$25 Check attached for Insurance Commissioner**

as prescribed by Title 18 Delaware Code Section 525 this day, 11/1/2022.

So Answers,

*Brian E. Lewis*

Brian E. Lewis
Sheriff of Kent County

Form: RC-402 Insurance Commissioner
Revised: 12/11/2018