# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM RAMSEY | ) |
|       Plaintiff, | ) |
| v. | ) C.A. No. 1:22-cv-01555-MN |
| | ) TRIAL BY JURY DEMANDED |
| THE STANDARD INSURANCE COMPANY | ) |
|       Defendant. | ) |

## STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

**IT IS HEREBY STIPULATED** by the parties, through counsel, that the deadline for plaintiff to respond to Defendant's Motion to Dismiss and file his Answering Brief is extended from January 5, 2023 to January 27, 2023 subject to the Court's approval.

| MURPHY & LANDON | COOCH AND TAYLOR |
|---|---|
| */s/ Roger D. Landon* | */s/ James W. Semple* |
| ROGER D. LANDON, No. 2460 | JAMES W. SEMPLE, No. 396 |
| 1011 Centre Road, #210 | R. GRANT DICK IV, No. 5123 |
| Wilmington, DE 19805 | 1007 N. Orange Street, #1120 |
| (302) 472-8112 | Wilmington, DE 19801 |
| Attorney for Plaintiff | (302) 984-3800 |
| | Attorneys for Defendant |

00280139.1

1

*Of Counsel:*

Pierce Atwood, LLP
Brooks R. Magratten, Esq.
Michael J. Daly, Esq.
One Financial Plaza, 26th Floor
Providence, RI  02903
Attorneys for Defendant

SO ORDERED this _____ day of _____, 2022.

_____
J.