IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____

WILLIAM RAMSEY

V.

STANDARD INSURANCE COMPANY

Civil Action No. 1:22-cv-01555

_____

**DESIGNATION OF DISTRICT JUDGE
TO HOLD A DISTRICT COURT WITHIN THE CIRCUIT**

_____

Pursuant to 28 U.S.C. § 292(b), and finding that it is in the public interest to do so, I hereby designate and assign the Honorable Mark A. Kearney of the United States District Court for the Eastern District of Pennsylvania for such a period as is necessary for the disposition of the above-entitled matter and all related cases.

s/ Michael A. Chagares
Michael A. Chagares, Chief Judge
United States Court of Appeals
For the Third Circuit

Dated:  January 24, 2023